December 23, 2015

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 2 8 2015 ★

BROOKLYN OFFICE

The Honorable Judge John Gleeson

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Re: Docket Number 12CR763

Judge Gleeson,

I am in the process of reviewing both the HSBC (as written by Samuel W. Seymour, Alexander J. Willscher, of Sullivan & Cromwell) and the US Attorney (Eastern District of New York, as written by Daniel S. Silver on behalf of Robert L. Capers, and Laura Billings on behalf of M. Kendall Day) written requests, filed on December 11, 2015, to keep the Monitor's Report (aka "Cherkasky report") under seal. I will send my comments to you by the end of the December 2015, so they can be reviewed.

As a side note, I also received a copy of both written requests- HSBC and the US Attorney- signed by Alexander J. Willscher at Sullivan & Cromwell, LLP.

All the best,

Hubert Dean Moore, Jr