

From Michael Mason-Mahon
CKMDM
01/14/2016 05:09 PM

Flat B
139 Brownhill Rod
London
SE 6 2BG
United Kingdom
Mobile: 0044 7834763544
Mobile: 0044 7448770801
E-mail: ckmdm@aol.com

14 January 2016

To The Honourable Judge John Gleeson
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge John Gleeson

Please allow me to introduce myself, I am Michael Mason-Mahon and I have been a very small shareholder in HSBC Holdings plc since 2004. I became a shareholder so I could address my concerns directly with the Board of Directors of HSBC Holdings plc.

For the last eleven years I have attended every Annual General Meetings of shareholders, addressing the behaviour of the Board of Directors and the illegal and criminal acts committed by the HSBC Group, to no avail.

I have been asked to represent thousands of shareholders at HSBC Holdings plc AGM's. As a shareholder of HSBC Holdings plc this makes myself and every other shareholder the owners of HSBC Holdings plc.

<u>Back ground to the abused committed by HSBC</u>

Mr Flint has stated "Nothing is more important than our Reputation. Yet Mr Flint expects the world to belief as Finance Director for seventeen years he knew nothing about HSBC laundering drug cartel money or the other criminal acts committed by the HSBC Group

HSBC Holdings plc and the HSBC Group have always stated:  "HSBC takes compliance with the law, wherever it operates, very seriously". There is  more then sufficient evidence to prove that HSBC  not only failed to comply with the Law in many countries and in particular in the USA, it set about abusing the Laws in many countries.

These are just two examples of why the Monitors report should be release, to protect shareholders and customer around the world from Board of Directors failures.

The headlines in The Times 14 January 2016: Tax chief 'let HSBC get off scot-free'

The head of Revenue & Customs was accused by an MP yesterday of letting HSBC bank get away "scot-free" despite claims that its Swiss branch routinely helped wealthy clients to evade tax.

<u>Reference to the DOJ argument</u>

Moreover, privacy interests of innocent third parties—here, HSBC employees, bank customers, and whistle blowers—"should weigh heavily in a court's balancing equation."

I am totally amazed be the behaviour of Robert L. Capers, Daniel S. Silver and Laura Billings for putting forward objections they have and in particular:

I refer to page 1 paragraph 1. The Monitor's Report is not a "judicial document". it may not be a judicial document.

1) The document is a statement of fact and therefore shareholders and customers alike should be able to see the document and able to challenge the DOJ or/and the Monitor concerning the facts state in the document.

I refer to page 3 paragraph 2 in particular " the Monitor issued his initial Monitor's Report to the government, the FCA, and the Federal Reserve". Has the Monitor stated in their report that HSBC has been/and is committing illegal and criminal acts around the world, which violates the DPA?

I refer to page 3 paragraph 4. "6 The FCA has a statutory objective to protect and enhance the integrity of the financial system of the United Kingdom".

1) The reputation of the FCA (better known as the Financial Comedy Act) and its officer's is in tatters here in the United Kingdom. There have been question raised in Parliament concerning the interference by the Chancellor.

I refer to page 4 paragraph 5 ".The Monitor's Report is intended to, and in fact does, relate solely to "the effectiveness of the internal controls.

1) The Chairman Mr Flint has been aware that the HSBC Group and HSBC Holdings plc still engage in illegal behaviour around the world.

An internal e-mail dated the 19 March 2013 states that the Group Chairman has decided that the activities and opinions of these are not compatible with them remaining as customers of HSBC. This was two months after HSBC was informed that the individual customer wanted me to be his representative.

I refer the court to youtube How the chairman lied to shareholders.

In another e-mail Mr David Lewis states that he his going to inform the Reserve  Bank of India that they had closed my accounts. This is illegal to divulge to a third party details concerning an individual account.

I refer to page 7 paragraph 2 "That jurisdiction is closely following these proceedings and has advised the Monitor that, if the Court orders unsealing of the Monitor's Report, it may instruct HSBC in that country to retract access to confidential information already provided to the Monitor and withhold such information going forward".

1) That is the decision of that Jurisdiction, if that Jurisdiction wants to impede the Monitors investigation, then either negotiate a way of that Jurisdiction in helping the Monitor (i.e. that the Monitor is also trying to protect the customers and shareholders in their Jurisdiction from any illegal and criminal acts/behaviour  being committed by HSBC) or inform that Jurisdiction that there may be repercussion

*4. Furthermore, concern over their employees' and customers' privacy interests could disincline companies to enter DPA's in ongoing and future cases.

1) This is a fallacy, as for customers they do not have to disclose names of any individual if that individual requests their name not to be published.

2) HSBC have allowed and still allow their staff to provide false and misleading information to their customers, it is staff that commit illegal and criminal acts around the world and not HSBC. HSBC is just a name.

3) The Department of Justice cannot refer to what may or what may not happen in the future and if companies do not want to enter into DPA's then the DOJ should be very capable of dealing with that company base on the facts of the case.

<u>Reference to Samuel W. Seymour Alexander J. Willscher for Sullivan & Cromwell LLP argument</u>

Is Samuel W. Seymour and Alexander J. Willscher aware of the headlines Financial Times concerning the FCA:
<u>FCA launches inquiry into leak of bank review documents</u>

Meanwhile, the FCA released an independent review on Thursday which said its board could be subject to political interference. "Recent interventions by HM Treasury and other bodies have raised questions from directors regarding the board's independence," the report said.

So much for Samuel W. Seymour and Alexander J. Willscher referring to the FCA, in the last two weeks the FCA has lost all creditability as a Regulator with the British public and the British press and Member of Parliament.

I refer to page 1 paragraph 1 "No other party has joined Mr. Moore's application, despite this Court's public invitation to do so".

1) As a shareholder of HSBC Holdings plc I and many other shareholders were not aware Courts invitation, if we were many customers and shareholders around the world may have contact the Court in support of having the Monitors report made public.

I refer to page 1 paragraph 2 "The parties further explained that the public release of the Report would negatively affect the ability of HSBC's financial regulators to fully discharge their supervisory responsibilities over HSBC".

1) There is over whelming evidence that Financial Regulator around the world have failed in their duty to fully discharge their supervisory responsibilities over HSBC". Even the FSA and the FCA in the United Kingdom have failed to take action against any Executive or Board Director of HSBC Holdings plc.

I refer to page 1 paragraph 2: "In addition, the Government and the Monitor cautioned that unsealing the Report would provide criminals seeking to engage in activities such as money laundering or terrorist financing a road map for exploiting current weaknesses in the anti-money laundering and sanctions compliance program at HSBC".

1) Is this not what the HSBC Group did for many years, is Samuel W. Seymour and Alexander J. Willscher using the illegal and criminal behaviour of HSBC as a defence? This argument has no merit in keeping the Monitors Report sealed.

2) May I ask the Court is Samuel W. Seymour and Alexander J. Willscher aware of any illegal/criminal or both being committed by the HSBC Group around the world since the DPA was signed?

I refer to page 3 paragraph 1: "1 Mr. Moore's mortgage has been sold to a non-HSBC entity, and the mortgagee's interest transferred on December 7, 2015. HSBC Mortgage Services continues to service Mr. Moore's mortgage.

1) May I ask the Court for Samuel W. Seymour and/or Alexander J. Willscher to state if this transfer of Mr More's mortgage happened before or after Mr More file with the court?

I refer to page 4 paragraph 1 "both HSBC and the Monitor have given their express assurances to HSBC's non-U.S. regulators that the Monitor's work will remain strictly confidential".

1) Before HSBC committed the company to such assurances, should HSBC not have asked the owners of (shareholder) HSBC Holdings plc to give their consent?

I refer to page 5  B. Public disclosure of the Monitor's Report could facilitate unlawful financial activity.

1) May I ask the Court for Samuel W. Seymour and/or Alexander J. Willscher to understand it was HSBC that facilitated unlawful financial activity.

I refer to page 7 The Conclusion "HSBC is committed to improving, on a global basis, its internal controls designed to detect and prevent money laundering, terrorist financing, and other criminal activities".

1) May I ask the Court again for Samuel W. Seymour and/or Alexander J. Willscher to state if they are aware of other criminal activities HSBC may be involved with and in particular in Hong Kong such as bundling?

2) May I ask the Court again for Samuel W. Seymour and/or Alexander J. Willscher to state if they are aware of other criminal activities HSBC may be involved with and in particular in India?

3) May I ask the Court for Samuel W. Seymour and/or Alexander J. Willscher to state if the Chairman Mr Douglas Flint and the CEO Mr Stuart Gulliver are aware of any other illegal and/or criminal activities HSBC may be involved with and in particular in Hong Kong and India?

As owners of HSBC Holdings plc and of the HSBC Group, we ask the court to unseal the Monitors reports. Not only for the interests of shareholders, but also for the protection of every shareholder and customer in the world.

I have drawn the public and the press's attention, to the illegal and criminal acts committed by the HSBC Group around the world for many years.

In 2010 I sent a letter to all the Board of Directors of HSBC Holdings plc about the illegal and criminal acts committed by the HSBC Group in India.

I have helped many people around the world in obtaining justice because of the illegal and/or criminal acts committed by the HSBC Group against them. Which has resulted in HSBC Holdings plc and the HSBC Group barring me from being anyone's representative. This includes my own wife.

I have found that the Chairman Mr Douglas Flint is more than happy to lie to shareholders and to the world concerning the illegal and criminal acts being committed around the world.

Judge John Gleeson may I offer my deepest thanks for allowing me not only as a shareholder (owner) of HSBC but as an individual to be able to put to you and your Court mine and other shareholders concerns why the Monitors Report should be unseal.

Unsealing the Monitor's Report is for the greater good and for the protection of shareholder, customers and potential customers.

The HSBC Group have committed such illegal and criminal activities around the world, how many innocent people have been murdered or killed because of HSBC?

How many innocent people have had their lives destroyed because of HSBC?

Yours sincerely

Michael Mason-Mahon

Mobile: 0044 7834763544
Mobile: 0044 7448770801