UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

HSBC BANK USA, N.A. and
HSBC HOLDINGS PLC,

                Defendants.

No. 12-cr-763 (JG)

## NOTICE OF APPEAL

        PLEASE TAKE NOTICE that defendants HSBC Bank USA, N.A. and HSBC Holdings plc hereby appeal to the United States Court of Appeals for the Second Circuit from this Court's Memorandum and Order, dated January 28, 2016, which granted in part the motion to unseal the Monitor's Report and the appended United States Country Report. (Dkt. 52.)

Dated:  February 1, 2016
          New York, New York

                                    /s/
                              Samuel W. Seymour
                              Alexander J. Willscher
                              SULLIVAN & CROMWELL LLP
                              125 Broad Street
                              New York, New York 10004
                              Telephone: (212) 558-4000
                              Facsimile: (212) 558-3588
                              seymours@sullcrom.com

                              Jeffrey B. Wall
                              SULLIVAN & CROMWELL LLP
                              1700 New York Avenue, N.W.
                              Washington, D.C. 20006
                              Telephone: (202) 956-7500
                              Facsimile: (202) 293-6330
                              wallj@sullcrom.com

                              *Counsel for Defendants*