UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>  v.<br><br>HSBC BANK USA, N.A. and<br>HSBC HOLDINGS PLC,<br><br>     Defendants. | No. 12-cr-763(JG) |

## NOTICE OF APPEAL

  PLEASE TAKE NOTICE that plaintiff United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Memorandum and Order, dated January 28, 2016, which granted in part the motion to unseal the Monitor's Report and the appended United States Country Report.  ECF No. 52.

Dated: February 4, 2016

                ROBERT L. CAPERS
                United States Attorney

           By:    /s/
                Alexander A. Solomon
                Daniel S. Silver
                Assistant U.S. Attorneys
                (718) 254-6074/6034

                M. KENDALL DAY
                Chief, Asset Forfeiture and Money
                Laundering Section
                Criminal Division
                United States Department of Justice

          By:    /s/
                Laura Billings
                Trial Attorney
                (202) 305-1245