UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                    12-CR-763 (AMD)

HSBC Bank USA, N.A. and
HSBC Holdings PLC,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney David K. Kessler from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney David K. Kessler
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Brooklyn, New York 11201
    Tel: (718) 254-7202
    Email: david.kessler@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David K. Kessler at the email address set forth above.

Dated: Brooklyn, New York
       June 13, 2017

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ David K. Kessler
David K. Kessler
Assistant U.S. Attorney

cc: Clerk of the Court (AMD)