F. #2009R02380

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

HSBC BANK USA, N.A. and
HSBC HOLDINGS PLC,

           Defendants.

- - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 12 2017 ★

BROOKLYN OFFICE

ORDER DISMISSING
INFORMATON

Cr. No. 12-763 (AMD)

      Upon the unopposed motion of the United States, dated December 11, 2017, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the criminal information in this case, and the Court having fully considered the motion, it is hereby

      ORDERED that the Government's motion is granted and the criminal information in the above-captioned case is hereby dismissed with prejudice.

Dated:    December 12, 2017
           Brooklyn, New York

                              s/Ann M. Donnelly
                              THE HONORABLE ANN M. DONNELLY
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK